IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **MICHAEL J. DUBOSE,**<br><br>            Plaintiff,<br><br>v.<br><br>**MARTY ALLEN,**<br><br>            Defendant. | Civil Action No. 7:13-CV-152 (HL) |

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 7). Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Plaintiff's First Amendment claim for a violation of his First Amendment right to access the courts will move forward, but his remaining claims against Defendant Allen (due process, conditions of confinement, equal protection, and access to law library) are dismissed.

**SO ORDERED**, this the 24th day of January, 2014.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh