# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**MICHAEL J. DUBOSE**,

    Plaintiff,

v.

**WARDEN MARTY ALLEN**,

    Defendant.

Civil Action No. 7:13-CV-152 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 17) in which he recommends granting Defendant's Motion to Dismiss. (Doc. 12). Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. The Court hereby grants Defendant's Motion to Dismiss.

**SO ORDERED**, this 28th day of October, 2014.

                    *s/ Hugh Lawson*
                    **HUGH LAWSON, SENIOR JUDGE**

aks